# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Commonwealth's Request for Relief Against or Directed to Defender Association of Philadelphia, Respondent, | CIVIL ACTION NO. 1:13-CV-561 |
| | (JUDGE CAPUTO) |
| Filed In | |
| COMMONWEALTH OF PENNSYLVANIA, | |
| v. | |
| ANTHONY DICK. | |

## ORDER

**NOW**, this 16th day of August, 2013, **IT IS HEREBY ORDERED** that:

(1) The Commonwealth's Motion to Remand (Doc. 10) is **GRANTED**.

(2) The Commonwealth's Request for Relief Against or Directed to Defender Association of Philadelphia is **REMANDED** to the Court of Common Pleas of Columbia County, Pennsylvania.

(3) The Defender Association of Philadelphia's Motion to Dismiss (Doc. 7) is **DENIED as moot**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                           /s/ A. Richard Caputo  
                                           A. Richard Caputo  
                                           United States District Judge